FILED by KZ D.C.
ELECTRONIC
Jul 21, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **11-80137-CR-ZLOCH/ROSENBAUM**

18 USC 922(g); 922(j)
18 USC 924(a)(2); and 2

UNITED STATES OF AMERICA,

v.

ROBERT G. SEARLE, III,
 a/k/a "Robbie", and
ASHLEY MARIE KING

   Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 17, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT G. SEARLE, III, (a/k/a "Robbie"),**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit, a Walther PPQS 380 caliber pistol, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT TWO

On or about November 17, 2010, in Palm Beach County, in the Southern District of Florida, the defendants,

**ROBERT G. SEARLE, III, (a/k/a "Robbie"), and
ASHLEY MARIE KING**

knowingly sold a stolen firearm, which had been shipped and transported in interstate and foreign commerce, to wit, a Walther PPQS 380 caliber pistol, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j); 924(a)(2) and 2.

## COUNT THREE

On or about December 20, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT G. SEARLE, III, (a/k/a "Robbie"),**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit, a Glock Model 22, .40 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT FOUR

On or about December 20, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

### ROBERT G. SEARLE, III, (a/k/a "Robbie"),

knowingly sold a stolen firearm, which had been shipped and transported in interstate and foreign commerce, to wit, a Glock Model 22, .40 caliber, semi-automatic pistol, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT FIVE

On or about January 10, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

### ROBERT G. SEARLE, III, (a/k/a "Robbie"),

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit, a Marlin, Model 99 M-1, .22 caliber rifle, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT SIX

On or about January 12, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT G. SEARLE, III, (a/k/a "Robbie"),**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit, a Smith & Wesson, Model 2206, .22 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT SEVEN

On or about January 12, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT G. SEARLE, III, (a/k/a "Robbie"),**

knowingly sold a stolen firearm, which had been shipped and transported in interstate and foreign commerce, to wit, a Smith & Wesson, Model 2206, .22 caliber, semi-automatic pistol, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT EIGHT

On or about February 9, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT G. SEARLE, III, (a/k/a "Robbie"),**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit, a Clerke Technicorp, Model Clerke 1st, .32 caliber revolver, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA         CASE NO. 11-80137-CR-ZLOCH/ROSENBAUM

vs.

ROBERT G. SEARLE, III            **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a "Robbie" and ASHLEY MARIE KING
                Defendants.
_____/  **Superseding Case Information:**

**Court Division**: (Select One)       New Defendant(s)         Yes ____   No ____
                                       Number of New Defendants  ____
____ Miami   ____ Key West             Total number of counts    ____
____ FTL    _X_ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect  _____

4. This case will take   3-4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)
   I    0 to 5 days       _X_              Petty     ____
   II   6 to 10 days      ____             Minor     ____
   III  11 to 20 days     ____             Misdem.   ____
   IV   21 to 60 days     ____             Felony    _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   ____

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No


                                    _____
                                    KAREN L. ATKINSON
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 178603

*Penalty Sheet(s) attached                                   REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>ROBERT G. SEARLE, III, a/k/a "Robbie"</u>

Case No: <u>11-80137-CR-ZLOCH/ROSENBAUM</u>

Counts : 1, 3, 5, 6, 8

<u>18 USC §§ 922(g)(1)</u>
<u>Felon in Possession of a Firearm</u>

\* **Max. Penalty**: 10 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release

Counts : 2, 4, 7

<u>18 USC §§ 922(g) and 924(a)(1)</u>
<u>Sale of a Stolen Firearm</u>

\* **Max. Penalty**: 10 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>ASHLEY MARIE KING</u>

Case No: <u>11-80137-CR-ZLOCH/ROSENBAUM</u>

Count : 2

<u>18 USC §§ 922(g) and 924(a)(1)</u>
<u>Sale of a Stolen Firearm</u>

\* **Max. Penalty**:<u>10 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release</u>

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.